

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2014

No. 04-14-00350-CV

**IN RE MWM HELOTES RANCH, LTD.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Patricia O. Alvarez, Justice

On May 12, 2014, relator MWM Helotes Ranch, Ltd. filed a petition for writ of mandamus and motion for emergency temporary stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency temporary stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 12th, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2005CI14589, styled *John H. White Jr., Individually, John H. White III, Individually and John H. White Jr., John H. White III and Molly C. White in their capacities as Co-Trustees of the 1983 John H. White Long Term Trust f/b/o John H. White Jr., and the 1976B Partnership Trust v. TCW Helotes Ranch, Ltd. and MWM Helotes Ranch, Ltd., Myfe Moore and Tuleta White*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.